IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NATTY GREENE'S BREWING COMPANY, LLC, NATTY GREENE'S DOWNTOWN, LLC, EJE, INC. d/b/a CAFE PASTA, NATTY GREENE'S CREEKSIDE, LLC d/b/a KAU, JAKE'S DINER OF WENDOVER, INC. d/b/a JAKE'S DINER, DAAB, INC. d/b/a JAKE'S DINER, JAKE'S OF DRAWBRIDGE, LLC d/b/a JAKE'S DINER, JAKE'S OF BATTLEGROUND, LLC d/b/a JAKE'S DINER, RIO GRANDE #14, INC d/b/a RIO GRANDE MEXICAN KITCHEN, RIOS, INC. d/b/a RIO'S MEXICAN GRILLE and RIO GRANDE FRIENDLY, INC. d/b/a RIO GRANDE MEXICAN KITCHEN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 1:20-cv-00437-CCE-JEP |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, SENTINEL INSURANCE COMPANY, LIMITED, REPUBLIC-FRANKLIN INSURANCE COMPANY FRANKENMUTH MUTUAL INSURANCE COMPANY and STATE AUTOMOBILE MUTUAL INSURANCE COMPANY | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

Pursuant to Local Rule 7.3(i), Defendant Sentinel Insurance Company, Ltd.

("Sentinel") respectfully submits this suggestion of subsequently decided authority to

advise the Court of the following decisions entered since Sentinel filed its reply in support of its motion for judgment on the pleadings on August 31, 2020:

- *Mauricio Martinez, DMD, P.A. v. Allied Ins. Co. of Am.*, No. 2:20-cv-00401-FtM-66NPM, 2020 WL 5240218 (M.D. Fla. Sept. 2, 2020),

- *Turek Enters., Inc. v. State Farm Mut. Auto. Ins. Co.*, No. 20-11655, 2020 WL 5258484 (E.D. Mich. Sept. 3, 2020),

- *Plan Check Downtown III, LLC v. AmGuard Ins. Co.*, No. CV 20-6954-GW-SKx, 2020 WL 5742712 (C.D. Cal. Sept. 10, 2020) (tentative ruling), 2020 WL 5742713 (C.D. Cal. Sept. 16, 2020) (order dismissing case with prejudice),

- *Mudpie, Inc. v. Travelers Cas. Ins. Co. of Am.*, No. 20-cv-03213-JST, 2020 WL 5525171 (N.D. Cal. Sept. 14, 2020),

- *Sandy Point Dental, PC v. Cincinnati Ins. Co.*, No. 20 CV 2160, 2020 WL 5630465 (N.D. Ill. Sept. 21, 2020),

- *Franklin EWC, Inc. v. Hartford Fin. Servs. Grp., Inc.*, No. 20-cv-04434 JSC, 2020 WL 5642483 (N.D. Cal. Sept. 22, 2020), and

- *Infinity Exhibits, Inc. v. Certain Underwriters at Lloyd's London Known as Syndicate PEM 4000 et al.*, No. 8:20-cv-1605-T-30AEP, Dkt. No. 20 (M.D. Fla. Sept. 28, 2020) (Exhibit A hereto).[1]

Dated: September 29, 2020

Respectfully submitted,

By: /s/ *L. Andrew Watson*
L. Andrew Watson
Butler Weihmuller Katz Craig
11605 North Community House Road
Suite 150
Charlotte, NC 28277
704-543-2321
awatson@butler.legal

---

[1] Sentinel also incorporates by reference the two subsequently decided decisions that Defendant Travelers Casualty Insurance Company of America submitted with this Court on September 14, 2020, pursuant to Local Rule 7.3(i). *See* Dkt. No. 86.

Sarah D. Gordon (*pro hac vice*)
Frank Winston, Jr. (*pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
202 429 3000
sgordon@steptoe.com
fwinston@steptoe.com

Attorneys for Defendant
Sentinel Insurance Co., Ltd.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2020, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record for all parties indicated on the case docket.

/s/ L. Andrew Watson
L. Andrew Watson