IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:20-cv-437

| | |
|---|---|
| NATTY GREENE'S BREWING COMPANY, LLC, NATTY GREENE'S DOWNTOWN, LLC, EJE, INC. d/b/a CAFE PASTA, NATTY GREENE'S CREEKSIDE, LLC d/b/a KAU, JAKE'S DINER OF WENDOVER, INC. d/b/a JAKE'S DINER, DAAB, INC. d/b/a JAKE'S DINER, JAKE'S OF DRAWBRIDGE, LLC d/b/a JAKE'S DINER, JAKE'S OF BATTLEGROUND, LLC d/b/a JAKE'S DINER, RIO GRANDE #14, INC d/b/a RIO GRANDE MEXICAN KITCHEN, RIOS, INC. d/b/a RIO'S MEXICAN GRILLE and RIO GRANDE FRIENDLY, INC. d/b/a RIO GRANDE MEXICAN KITCHEN<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, SENTINEL INSURANCE COMPANY, LIMITED, REPUBLIC FRANKLIN INSURANCE COMPANY, FRANKENMUTH MUTUAL INSURANCE COMPANY and STATE AUTOMOBILE MUTUAL INSURANCE COMPANY<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

NOW COME the parties to the above-captioned action, by and through their respective legal counsel, and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims and causes of action asserted in this action are hereby dismissed with prejudice,

1

with each party bearing its own costs and attorney's fees, and with all parties waiving the right of appeal.

Respectfully submitted this 21st day of January, 2021.

/s/ Andrew H. Brown
Andrew H. Brown
Jeffrey K. Peraldo
James R. Faucher
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, North Carolina 27401
336-478-6000
drew@greensborolawcenter.com
jeff@greensborolawcenter.com
james@greensborolawcenter.com
*Attorneys for All Plaintiffs*

/s/ Reid C. Adams, Jr.
Reid C. Adams, Jr. (N.C. Bar No. 9669)
James A. Dean (N.C. Bar No. 39623)
Womble Bond Dickinson (US) LLP
One West 4th Street
Winston-Salem, NC 27101
336-721-3660 (Phone)
336-721-3660 (Fax)
cal.adams@wbd-us.com
jamie.dean@wbd-us.com
*Attorneys for Travelers Casualty Insurance Company of America*

/s/ Josh Hiller
Josh Hiller
P.K. Shere
Huff Powell Bailey
3737 Glenwood Avenue, Ste. 370
Raleigh, NC 27612
pkshere@huffpowellbailey.com
jhiller@huffpowellbailey.com
*Attorneys for Republic Franklin Insurance Company*

/s/ Andrew Watson
L. Andrew Watson
Butler Weihmuller Katz Craig
11605 North Community House Road
Suite 150
Charlotte, NC 28277
704-543-2321
awatson@butler.legal
*Attorneys for Sentinel Insurance Company, Ltd.*

/s/ Gray Wilson
Gray Wilson
Nelson Mullins
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Gray.wilson@nelsonmullins.com

/s/ Matthew Gray
Matthew J. Gray
Andrew P. Flynt
Patrick T. VanderJeugdt
Young Moore and Henderson, P.A.
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Matt.Gray@youngmoorelaw.com

*Attorneys for State Automobile Mutual Insurance Company*

Andrew.Flynt@youngmoorelaw.com
Patrick.VanderJeugdt@youngmoorelaw.com
*Attorneys for Frankenmuth Mutual Insurance Company*

# **CERTIFICATE OF SERVICE**

      I certify that a copy of foregoing has been furnished to all counsel of record by ECF on January 21, 2021.

                                                 */s/ Reid C. Adams, Jr.*
                                                 Reid C. Adams, Jr. (N.C. Bar No. 9669)
                                                 Womble Bond Dickinson (US) LLP
                                                 One West 4th Street
                                                 Winston-Salem, NC 27101
                                                 336-721-3660 (Phone)
                                                 336-721-3660 (Fax)
                                                 cal.adams@wbd-us.com
                                                 *Attorneys for Travelers Casualty*
                                                 *Insurance Company of America*